| | |
|---|---|
| 1 | JERI COPPA-KNUDSON, Trustee |
| 2 | 3495 LAKESIDE DRIVE, PMB#62<br>RENO, NV. 89509-4841 |
| 3 | (775) 329-1528 |

RECEIVED AND FILED (DROP BOX)
2011 MAY -6 PM 4:41
U.S. ........ ........
MARY A. SCHOTT, CLERK

RECEIVED AND FILED
2011 MAY -9 AM 9:10
U.S. ........
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF NEVADA

In Re:

DIJJI CORPORATION
A Nevada Corporation

    Debtor(s).
_____/

CASE NO. BK-N-06-50402

CHAPTER 7

NOTICE OF UNCLAIMED
FUNDS PURSUANT TO
RULE 3011

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

FROM:   JERI COPPA-KNUDSON, TRUSTEE

Pursuant to Rule 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129, Title 28, 2042.

| Claim No. | Claimant & Address | Can Number 613300<br>Amount of Deposit |
|---|---|---|
| 21 | MOTOR CITY, INC.<br>ATTN: ACCOUNTS RECEIVABLE<br>2800 MERIDIAN PARKWAY, #150<br>DURHAM, NC. 27713 | $ 225.94 |
| 22 | TIRA WIRELESS<br>2200 YOUNGE STREET, SUITE 300<br>TORONTO, ONTARIO<br>CANADA, M4S 2C6 | $ 907.40 |
| 30 | EMI MUSIC PUBLISHING<br>1290 AVENUE OF THE AMERICAS,<br>42ND FLOOR<br>NEW YORK, NY 10104 | $ 3,518.68 |

$8776
$4767.89

| Claim No. | Claimant & Address | Can Number 613300 |
|---|---|---|
|  |  | Amount of Deposit |
| 61 | K MILAGRO MUSIC<br>C/O THE CARTER LAW FIRM, LLC<br>83 WALTON STREET, 2ND FLOOR<br>ATLANTA, GA. 30303 | $ 115.87 |

DATED: __5/6/11__        TRUSTEE: _[signature]_

NOTE: Title 28, Chapter 129, 2042 allows for the withdrawal of dividends that have been deposited into the registry account. Make checks payable to Clerk, U.S. Bankruptcy Court.